JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5646BHS |
| Plaintiff, | |
| vs. | ORDER CONTINUING SENTENCING |
| CARRIE LICHOSIK, | |
| Defendant. | |

Based upon a review of Defendant's Stipulated Motion to Continue Sentencing, and of the records and files herein,

IT IS HEREBY ORDERED that the sentencing of this matter be continued to December 1, 2008, at 9:00 a.m.

DONE this 21st day of April, 2008.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:
/s/ *Russell V. Leonard*      *David R. Jennings*
Russell V. Leonard     David R. Jennings
Attorney for Defendant     Assistant United States Attorney

ORDER CONTINUING
SENTENCING – 1